NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW COMMUNITY CORPORATION, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | |
| v. | ORDER |
| ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., AON RISK SERVICES NORTHEAST, INC., AMERICAN HOME ASSURANCE COMPANY and AMERICAN ASSURANCE COMPANY, | Civil Action No. 10-3208 (DMC)(JAD) |
| Defendants. | |
| AON RISK SERVICES, NORTHEAST, INC. | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| OLYMPIC AGENCY, INC. | |
| Third-Party Defendant. | |

<u>DENNIS M. CAVANAUGH, U.S. District Judge</u>

This matter comes before the Court on a Report and Recommendation filed by Magistrate Judge Joseph A. Dickson on September 9, 2011 (ECF No. 82), recommending that this Court grant Third-Party Defendant Olympic Agency, Inc.'s ("Olympic") Motion for Summary Judgment (ECF No. 51). The parties were given notice that pursuant to Local Civil Rule 72.1, they had fourteen days from receipt of the Report and Recommendation to file and serve any objections. Third-Party Plaintiff AON Risk Services, Northeast, Inc. ("AON") filed a

letter on September 23, 2011 objecting to Judge Dickson's Report and Recommendation (ECF No. 85). Olympic filed a letter in response on September 27, 2011 (ECF No. 86).

The Court has reviewed the Report and Recommendation de novo and concurs in Judge Dickson's opinion. AON's objection improperly attempts to assert new arguments not previously raised before Judge Dickson. These arguments are waived. AON's other objections are ineffective and wholly unsupported by the record. Therefore, this Court will adopt the Report and Recommendation as the Opinion of the Court.

IT IS on this __30th__ day of September 2011,

**ORDERED** that the Report and Recommendation of Magistrate Judge Joseph A. Dickson (ECF No. 82) is hereby adopted as the Opinion of the Court;

**AND IT IS FURTHER ORDERED** Third-Party Defendant's Motion for Summary Judgment (ECF No. 51) is granted.

  S/ Dennis M. Cavanaugh  
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk  
cc:   All Counsel of Record  
      Hon. J. A. Dickson, U.S.M.J.  
      File